IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | Case No. 3:06-CV-00084 TMB |

### RULE 4(l) AFFIDAVIT

STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )

Leslie D. Jones, being first duly sworn on oath, deposes and states:

1. I am a legal secretary with the law firm of Jermain, Dunnagan & Owens, P.C., attorneys for plaintiffs in the above action.

2. On April 27, 2006, service of the Summons and Complaint was effected on Washington International Insurance Company, Bond No. S9011709, c/o State of Alaska,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Division of Insurance, via restricted delivery, return receipt mail. Attached is a copy of the return of service.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Leslie D. Jones

SUBSCRIBED AND SWORN to before me this 12th day of May, 2006.



_____
Notary Public in and for the State of Alaska
My commission expires: 5/12/07

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

MAY 0 1 2006

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS IN A CIVIL ACTION, PLAINTIFF'S COMPLAINT AND ATTACHED EXHIBIT IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA,

STATE OF ALASKA, FOR THE USE AND BENEFIT OF TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION AND SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,

VS

AURORA REFRIGERATION, INC., AND WASHINGTON INTERNATIONAL INSURANCE COMPANY BOND NO. S9011709,

CASE NO. 3:06-CV-00084 TMB

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 27TH DAY OF APRIL, 2006.

In accordance with the provisions of AS 08.18.081, one copy of the document together with my certification is forwarded to you:

WASHINGTON INTERNATIONAL INSURANCE COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

Linda S. Hall
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Ariel Yadao
Phone (907) 465-2515



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this 27TH DAY
OF APRIL, 2006.

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9849 0615 2401 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature X  APR 2 7 2006 | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  X ☐ Yes | State of Alaska Department of Administration Central Mail Services | |
| 1. Article Addressed to: State of Alaska Division of Insurance P.O. Box 110805 Juneau, AK  99811-0805 | JDO MAY 0 1 2006 | |
| sandvik | sej | |
| PS Form 3811, January 2005 | Domestic Return Receipt | |