IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | Case No. 3:06-CV-00084 TMB |

### RULE 4(I) AFFIDAVIT

STATE OF ALASKA       )
                      )ss.
THIRD JUDICIAL DISTRICT )

Leslie D. Jones, being first duly sworn on oath, deposes and states:

1. I am a legal secretary with the law firm of Jermain, Dunnagan & Owens, P.C., attorneys for plaintiffs in the above action.

2. On April 24, 2006, service of the Summons and Complaint was effected on Aurora Refrigeration, Inc., via Edmond A. Christensen, registered agent, via restricted delivery, return receipt mail. Attached is a copy of the return of service.

FURTHER YOUR AFFIANT SAYETH NAUGHT.



Leslie D. Jones

SUBSCRIBED AND SWORN to before me this 17 day of May, 2006.

Notary Public in and for the State of Alaska
My commission expires: 1-26-08

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9849 0615 2418 | A. Received by (Please Print Clearly): Karen B. Christensen  B. Date of Delivery: 4·24 |
| | C. Signature: X *Karen B. Christensen*  ☐ Agent  ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below:  ☐ Yes  ☐ No |

3. Service Type **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)* ☒ Yes

1. Article Addressed to:

Aurora Refrigeration, Inc.
c/o Edmond A. Christensen
Registered Agent
P.O. Box 111723
Anchorage, AK  99511

APR 2 5 2006

AURORA                          SEJ

PS Form 3811, January 2005      Domestic Return Receipt

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322