IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>　　　　　　Defendants. | **Case No. 3:06-CV-00084 TMB** |

## ENTRY OF DEFAULT

It appearing that Aurora Refrigeration, Inc. is in default for failure to obtain counsel to plead in or otherwise defend this action as required by law, default is hereby entered this ____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLERK OF THE TRIAL COURT

{00119301 }

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct
copy of the foregoing was served by mail
this 7th day of June, 2006, on:

Washington International Insurance Co.
1200 Arlington Heights Road, Suite 400
Itasca, IL  60143

Aurora Refrigeration
c/o Edmond A. Christensen, Registered Agent
P.O. Box 111723
Anchorage, AK  99511

s/Sarah E. Josephosn
#119301