IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | Case No. 3:06-CV-00084 TMB |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Sarah E. Josephson, being first duly sworn, deposes and states:

1. I am an attorney for Plaintiffs in the above-entitled action.

2. As evidenced by the attached Affidavit of Proof of Service, service was made by certified return receipt mail, restricted delivery, on Defendant Aurora Refrigeration, Inc. on April 24, 2006. *See* Exhibit 1.

3.    The time within which Defendant Aurora Refrigeration, Inc. could file an answer has expired without such action by Defendant.

4.    This litigation has been pending since April 17, 2006, with no action on the part of Defendant.

5.    Application for entry of default of Defendant Aurora Refrigeration, Inc. is being made by Plaintiffs based on Defendant's failure to plead in or otherwise defend this action.

6.    To the best of my knowledge, Defendant Aurora Refrigeration, Inc. is not an infant, incompetent person, nor in the military service, and has not requested a stay pursuant to the Service Members Civil Relief Act.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Sarah E. Josephson

SUBSCRIBED AND SWORN to before me this ____ day of June, 2006 at Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 3/2/07

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by mail this ___ day of June, 2006, on:

Washington International Insurance Co.
1200 Arlington Heights Road, Suite 400
Itasca, IL 60143

Aurora Refrigeration
c/o Edmond A. Christensen, Registered Agent
P.O. Box 111723
Anchorage, AK 99511

s/Sarah E. Josephson
#119302

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00119302 }

Affidavit for Entry of Default
Case No. 3:06-CV-00084 TMB

Page 3 of 3