IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES OF THE SOUTHERN ALASKA
CARPENTERS HEALTH AND SECURITY,
RETIREMENT, DEFINED CONTRIBUTION
PENSION and SOUTHCENTRAL AND
SOUTHEASTERN ALASKA CARPENTERS
APPRENTICESHIP AND TRAINING TRUST
FUNDS,

          Plaintiffs,

vs.

AURORA REFRIGERATION, INC.,
and WASHINGTON INTERNATIONAL
INSURANCE COMPANY Bond No. S9011709,

          Defendants.

**Case No. 3:06-CV-00084 TMB**

## RULE 4(l) AFFIDAVIT

STATE OF ALASKA         )
                     )ss.
THIRD JUDICIAL DISTRICT   )

Leslie D. Jones, being first duly sworn on oath, deposes and states:

1. I am a legal secretary with the law firm of Jermain, Dunnagan & Owens, P.C., attorneys for plaintiffs in the above action.

2. On April 24, 2006, service of the Summons and Complaint was effected on Aurora Refrigeration, Inc., via Edmond A. Christensen, registered agent, via restricted delivery, return receipt mail. Attached is a copy of the return of service.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT _1_

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____

Leslie D. Jones

SUBSCRIBED AND SWORN to before me this _17_ day of May, 2006.



_____

Notary Public in and for the State of Alaska

My commission expires: _1-26-08_

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|



7160 3901 9849 0615 2418

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| Karen B. Christensen | 4·24 |

C. Signature

X *Karen B. Christen*   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**3. Service Type   CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   X ☐ Yes

1. Article Addressed to:

Aurora Refrigeration, Inc.
c/o Edmond A. Christensen
Registered Agent
P.O. Box 111723
Anchorage, AK 99511

APR 2 5 2006

AURORA                          SEJ

PS Form 3811, January 2005          Domestic Return Receipt



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322