IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>        Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>        Defendants. | **Case No. 3:06-CV-00084 TMB** |

## **APPLICATION FOR ENTRY OF DEFAULT**

To the Clerk of the Court:

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Plaintiffs request that you enter the default of Aurora Refrigeration, Inc. for failure to plead in or otherwise defend this action as required by law and addressed in the attached affidavit of counsel.

DATED this 7th day of June, 2006 at Anchorage, Alaska.

        JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By:    s/Sarah E. Josephson
      Sarah E. Josephson
      Jermain, Dunnagan & Owens
      3000 A Street, Suite 300
      Anchorage, AK  99503
      (907) 563-8844
      (907) 563-7322
      sjosephson@jdolaw.com
      ABA No. 9705017

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by mail this 7th day of June, 2006, on:

Washington International Insurance Co.
1200 Arlington Heights Road, Suite 400
Itasca, IL  60143

Aurora Refrigeration
c/o Edmond A. Christensen, Registered Agent
P.O. Box 111723
Anchorage, AK  99511

s/Sarah E. Josephson
#119303