Roy Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501
Phone: (907) 276-6354
Fax: (907) 279-4685
longacre@alaska.com
Counsel for Defendant
Washington International
Insurance Company
Bond No. S9011709

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP & TRAINING TRUST FUNDS<br><br>            Plaintiffs,<br>vs.<br><br>AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709<br><br>            Defendants. | Case No. 3:06-CV-00084 TMB |

**ENTRY OF APPEARANCE**

    COMES NOW, Longacre Law Office, Ltd., and enters its appearance as attorney of record for Washington International Insurance, Company Bond No. S9011709, defendant in the above-entitled case, and requests that copies of all pleadings filed in this action be provided to this office at 425 G Street, Suite 910, Anchorage, Alaska 99501.

Dated:  6/23/06               By:   /s/ Roy Longacre_____
                                    Roy Longacre ABA 8211124
                                    Longacre Law Offices, Ltd.
                                    425 G Street, Suite 910
                                    Anchorage, AK 99501
                                    longacre@alaska.com

```
CERTIFICATE OF SERVICE

I hereby certify that I served on
June 23, 2006 a true copy of the
foregoing on:

Sarah E. Josephson, Esq.
Jermain, Dunnagain & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
sjosephson@jdolaw.com

/s/ Roy Longacre, ABA No. 8211124_
```