Roy Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501
Phone: (907) 276-6354
Fax: (907) 279-4685
longacre@alaska.com
Counsel for Defendant
Washington International
Insurance Company
Bond No. S9011709

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP & TRAINING TRUST FUNDS<br><br>            Plaintiffs,<br>vs.<br><br>AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709<br><br>            Defendants. | Case No. 3:06-CV-00084 TMB |

## **ANSWER**

COMES NOW, Defendant, Washington International Insurance Company Bond No. S9011709 ("WIIC") by and through its counsel, Roy L. Longacre, and for its answer denies the allegations in the plaintiff's complaint.

1.      Defendant WIIC admits the allegations in Paragraphs 1 – 6 and 17 of Plaintiff's complaint.

2.      Defendant WIIC denies the allegations in Paragraphs 8 – 15 and 18, not having had the opportunity to review the referenced documents.

3.      No additional response is required to the allegations in Paragraphs 7 and 16.  To the extent any response is required, Defendant WIIC denies any and all allegations in such Paragraphs.

## **AFFIRMATIVE DEFENSES**

1. Plaintiffs fail to state a cause of action upon which relief can be granted.

2. Defendant reserves the right to add additional affirmative defenses as they become known through investigation and trial.

## **PRAYER**

Therefore, Defendant prays for the following relief:

1. Plaintiff's claim be dismissed with prejudice;

2. Defendant be awarded its costs and attorney fees; and

3. Defendant be awarded such other and further relief as the court deems just under the circumstances.

Dated:  6/23/06                                    By:___/s/ Roy Longacre_____
                                                                Roy Longacre
                                                                Longacre Law Offices, Ltd.
                                                                425 G Street, Suite 910
                                                                Anchorage, AK 99501
                                                                longacre@alaska.com

CERTIFICATE OF SERVICE

I hereby certify that I served on
June 23, 2006 a true copy of the
foregoing on:

Sarah E. Josephson, Esq.

/s/ Roy Longacre_____