IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>              Defendants. | Case No. 3:06-CV-00084 TMB<br><br>**Scheduling & Planning Report** |

1.  **Meeting.**   In accordance with F.R.Civ.P. 26(f), a meeting was held on July 17, 2006. Based on that meeting, the parties recommend the following:

2.  **Pre-Discovery Disclosures.**   The information required by F.R.Civ.P. 26(a)(1):

    \_\_\_\_\_ have been exchanged by the parties

    \_\_\_\_\_ will be exchanged by the parties by September 17, 2006

    Proposed changes to disclosure requirements:  (*insert proposed changes, if any*)

{00127444 }

Preliminary witness lists:

\_\_\_\_\_ have been exchanged by the parties

__X__ will be exchanged by the parties by September 17, 2006.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Whether Defendant Aurora Refrigeration, Inc. agreed to pay contributions to Plaintiff Trust Funds and failed to make those contributions in breach of various trust agreements.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

All claims and defenses raised in the complaint and answer.

    B. All discovery commenced in time to be completed by January 5, 2007 ("discovery close date").

    C. Limitations on Discovery.

        1. Interrogatories

__X__ No change from F.R.Civ.P. 33(a)

\_\_\_\_\_ Maximum of \_\_\_ by each party to any other party.

Responses due in \_\_\_\_\_ days.

        2. Requests for Admissions.

__X__ No changed from F.R.Civ.P. 36(a).

\_\_\_\_ Maximum of \_\_\_\_\_ requests.

Responses due in \_\_\_\_\_ days.

        3. Depositions.

    __X__ No change from F.R.Civ.P. 36(a), (d).

    _____ Maximum of _____ depositions by each party.

    Depositions not to exceed _____ hours unless agreed to by all parties.

D.     Reports from retained experts.

    __X__ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    _____ Reports due:

    From plaintiff _____, 2006     From defendant, _____, 2006

E.     Supplementation of disclosures and discovery responses are to be made:

    __X__ Periodically at 60-day intervals from the entry of scheduling and planning order.

F.     A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    __X__ 45 days prior to the close of discovery

    _____ Not later than _____, 2006

5. **Pretrial Motions.**

    __X__ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply.]

    _____ Motions to amend pleadings or add parties to be filed not later than _____, 2006.

    _____ Motions under the discovery rules must be filed not later than _____, 2006.

    _____ Motions in limine and dispositive motions must be filed not later than

{00127444 }

_____, 2006.

6. **Other Provisions:**

    A.  \_\_X\_\_ The parties do not request a conference with the court before the entry of the scheduling order.

    \_\_\_\_\_ The parties request a scheduling conference with the court on the following issue(s):

    (*Insert issues on which a conference is requested*)

    B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

    \_\_X\_\_ This matter is not considered a candidate for court-annexed alternative dispute resolution.

    \_\_\_\_\_ The parties will file a request for alternative dispute resolution not later than _____, 2006.

    \_\_\_\_\_ Mediation     \_\_\_\_\_ Early Neutral Evaluation

    C.  The parties \_X\_\_ do \_\_\_\_ not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1.

    \_\_X\_\_ All parties have complied     \_\_\_\_\_ Compliance not required by any party

7. **Trial.**

    A.  The matter will be ready for trial:

    \_\_X\_\_ 45 days after the discovery close date.

    \_\_\_\_\_ not later than _____, 20\_\_\_.

    B.  This matter is expected to take \_1-2\_ days to trial.

    C.  Jury Demanded     \_\_\_\_\_ Yes     \_\_X\_\_No

{00127444 }

      Right to jury trial disputed?   _____ Yes     _X_ No

                                              JERMAIN, DUNNAGAN & OWENS, P.C.

Dated:_____      By:   /S/Sarah E. Josephson
                                                 Jermain, Dunnagan & Owens
                                                 3000 A Street, Suite 300
                                                 Anchorage, AK  99503
                                                 (907) 563-8844
                                                 (907) 563-7322
                                                 sjosephson@jdolaw.com
                                                 ABA No. 9705017

                                              LONGACRE LAW OFFICES, LTD.

Dated: _____     By:   /S/Roy L. Longacre (consent)
                                                 Longacre Law Offices, Ltd.
                                                 425 G Street, Suite 910
                                                 Anchorage, AK  99501
                                                 (907) 261-3740
                                                 (907) 261-3875
                                                 Alaska Bar No. 8211124
                                                 Attorney for Defendants

{00127444 }