Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>　　　　　Defendants. | **Case No. 3:06-CV-00084 TMB** |

### MOTION FOR SUMMARY JUDGMENT

COME NOW plaintiff trustees of the Southern Alaska Carpenters Trust Funds, by and through their attorneys of record, JERMAIN DUNNAGAN & OWENS, and hereby move this Court for summary judgment in their favor against defendants

{00133480 }

Aurora Refrigeration, Inc. and Washington International Insurance Company, Bond No. S9011709, for the MLP Substation project in the amount of $3,251.60, plus interest in the amount of $389.15, liquidated damages in the amount of $562.32, and accounting fees in the amount of $1,721.65 for a total due of $5,924.72, plus costs and attorney fees. This motion is supported by the attached memorandum and exhibits.

DATED this 2nd day of February, 2007.

By: s/Sarah E. Josephson
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct
copy of the foregoing was served electronically
this 2nd day of February, 2007, on:

Roy Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501


s/Sarah E. Josephson