Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | **Case No. 3:06-CV-00084 TMB** |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER HAVING COME before the Court on Plaintiffs' Motion for Summary Judgment, the Court having considered said Motion, and any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is hereby GRANTED.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

_____
THE HONORABLE TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct
copy of the foregoing was served electronically
this 2nd day of February, 2007, on:

Roy Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

s/Sarah E. Josephson