## TRUST AGREEMENT

### SOUTHERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST

This Trust Agreement, made and entered into on the 15th day of March, 1965, by and between the Alaska Chapter of the Associated General Contractors of America acting for and on behalf of these contractors for whom it holds bargaining rights hereinafter referred to as the "Employers" and Alaska State Council of Carpenters, hereinafter referred to as the "Union", who are signatory to the hereinafter mentioned collective bargaining agreements, acting for and on behalf of the Local Unions listed therein.

(1) The Employers are parties to a collective bargaining agreement with all the Union, which provides for employer contributions of a certain sum per hour for all compensable hours worked by employees under such agreement, to the Apprenticeship and Training Trust Fund.

(2) The parties have agreed that such contributions shall be payable to and be deposited in the Trust Fund, created and established by this Trust Agreement.

(3) The purpose of the Trust Agreement is to provide for the establishment of such Trust Fund and for the maintenance of such Trust Fund in the manner hereinafter set forth.

NOW, THEREFORE, THIS AGREEMENT WITNESSETH:

That in consideration of the premises, in order to create said Trust to be known as the Alaska Chapter of the Associated General Contractors of America - Southern Alaska Carpenters Apprenticeship and Training Fund, it is mutually agreed and understood as follows:

### ARTICLE I
### DEFINITIONS

Unless the contract or subject otherwise requires, the following definitions shall govern in this Trust Agreement:

Section (1)    The term "Collective Bargaining Agreement" includes:
 (a) The labor agreement by and between the Alaska Chapter of the Associated General Contractors of America, and the Alaska State Council of Carpenters, dated March 15, 1965; and (b)    any other collective bargaining agreement in the construction industry or closely related industry between the union or any of its affiliated Local Unions, and any employer association or individual employer, which provides for the making of employer contributions to this fund.

Section (2)    The term "individual employer" means any employer who is required by a collective bargaining ac_____ributions to the fund pursuant to Article IX.

association, any individual employer, or the Union. No part of the Fund payable in accordance with the Apprenticeship and Training Program shall be subject in any manner to anticipation, alienation, sale, transfer, assignment, incumbrance or charge by any person.

Section (5)    Neither the Employers nor any signatory association, nor any officer, agent, employee or committee member of the Employers or any signatory association shall be liable to make contributions to the Fund or be under any other liability to the Fund, except to the extent that he may be an individual employer required to make contributions to the Fund with respect to his or its own individual or joint venture operations, or to the extent he may incur liability as a Trustee as hereinafter provided. The liability of any individual employer, to the Fund, or with respect to the Apprenticeship and Training Program, shall be limited to the payments required by the collective bargaining agreement with respect to his or its individual or joint venture operation, and in no event shall he or it be liable or responsible for any portion of the contributions due from other individual employers with respect to the operations of such employers. The individual employer shall not be required to make any further payments or contributions to the cost of operations of the Fund or the Apprenticeship and Training Plan except as herein provided.

Section (6)    Neither the Employers, any signatory association, any individual employer, the Union nor any employee shall be liable or responsible for any debts, liabilities or obligations of the Fund or the Trustees.

Section (7)    Contributions to the Fund shall be due commencing March 15, 1965, for work on and after that date and shall be payable in Anchorage, Alaska, in regular monthly installments starting on March 15, 1965, and continuing from month to month thereafter subject to the provisions of the collective bargaining agreements. Each monthly payment shall be accompanied by a report in a form prescribed by the Board of Trustees.

Section (8)    Each contribution to the Fund shall be made promptly, and in any event on or before the 15th day of the calendar month in which it becomes payable, on which date said contribution, if not then paid in full, shall be delinquent. The parties recognize and acknowledge that the regular and prompt payment of employer contributions to the Fund is essential to the maintenance in effect of the Apprenticeship and Training Program and that it would be extremely difficult; if no impracticable, to fix the actual expense and damage to the Fund which would result from the failure of an individual employer to pay such monthly contributions in full within the time above provided. Therefore, the amount of damage to the Fund and the Apprenticeship and Training Program resulting from any such failure shall be the sum of five percent (5%) of the amount of the amount of the contribution or contributions due, which amount shall become payable and due to the fund as liquidating damages and not as a penalty, in Anchorage, Alaska, upon the day immediately following the date on which the contribution or contributions become delinquent and shall be in addition to said delinquent contribution or contributions.

EXHIBIT 6
Page 2 of 2

p.03