

## NAS SURETY GROUP

**North American Specialty Insurance Company**
**Washington International Insurance Company**

1200 Arlington Heights Road • Suite 400 • Itasca, IL 60143
Direct Dial: 630-227-4734 • Toll Free: 800-338-0753
Facsimile: 630-227-4777 • e-mail: michelle_howerton@nassurety.com



May 5, 2006

Jermain Dunnagan & Owens
3000 A Street Ste 300
Anchorage. AK 99503
Attn: Sarah Josephson

*Via Fax 907-563-8322*

Re:    Principal:      Aurora Refrigeration Inc
       Bond Number:  901-1709
       Claimant:      Southern Alaska Carpenters Health & Security....

Ladies and Gentlemen:

Washington International Insurance Company hereby acknowledges receipt of your claim against the principal referenced above, in the amount of **$10,0000.** We are initiating an investigation of this matter and will be requesting a statement of the Principal's position. We will then contact you for additional information or with a statement of our position regarding the claim.

We need to request the following information from you if not already received:

**Copy of the Collective Bargaining Agreement**
**Copy of the Payroll Audit**
**Copy of Payroll Records**
**Copy of Payroll Register**
**And the Certified Payroll**
***(if not already provided)***

Our investigation should not be construed as an admission of liability or a waiver of any of the Principal's or Washington International's rights, remedies or defenses, all of which are hereby expressly reserved.

Sincerely,

*Michelle Howerton*

Michelle Howerton
Commercial Surety Claims Adjuster

cc:    Marsh USA Inc via fax (907) 276-6292



A MEMBER OF THE SWISS RE GROUP