**LOCKITCH, CLEMENTS & RICE, P.S.**

CERTIFIED PUBLIC ACCOUNTANTS

534 Westlake Avenue North, Suite 300 • Seattle, WA 98109-4398
Phone (206) 622-4253 • Fax (206) 622-4032

## Independent Accountant's Report on Applying Agreed-Upon Procedures

The Board of Trustees
Southern Alaska Carpenters Trust Funds
P.O. Box 34203
Seattle, Washington 98124

We have performed the procedures, as discussed below, with respect to the employer contributions remitted by Aurora Refrigeration, Inc. to the Southern Alaska Carpenters Trust Funds in accordance with the applicable provisions in the collective bargaining agreement, special agreement and Plan documents. The agreed-upon procedures were undertaken in order to assist the Trustees in assessing the contributions received and/or receivable by the Trust Funds as well as evaluating underlying participant data. This engagement to apply agreed-upon procedures was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures discussed below either for the purpose for which this report has been requested or for any other purpose. Our procedures and findings are as follows:

1. The second revision applies to additional information provided by the collection attorney and interviews and discussion with the carpenter employee for the period of September 2005 through November 2005, relating to account: # not assigned.

2. We were originally provided with trust remittance reports, other craft trade reports, certified payroll reports for the Elmendorf Substation #12 for the weeks of September 4th, 11th, 18th 2005 and two pay stubs for one carpenter in December 2005 for the period September 2005 through December 2005, relating to account: # not assigned. The second revision confirms the certified data provided should be the only documents used.

3. We identified employees by classifications appearing on payroll records, reference to wage rates, discussions with the employer and discussions with the local carpenters union.

4. Hours and dollars recorded and paid per the payroll records were compared to rates of pay in effect during the period involved. Recorded hours and dollars as listed in the employer records were compared to the hours and dollars reported to the Trust.



EXHIBIT 8
Page 1 of 8

The Board of Trustees
Southern Alaska Carpenters Trust Funds
Page 2

5. The unreported hours and dollars was the failure of the employer to timely submit and pay contributions to the Southern Alaska Carpenters Trust Funds.

6. All discrepancies were investigated within the scope of the information provided. Details of unreported hours and dollars were noted resulting in an underpayment of $3,251.60 plus liquidated damages and interest of $951.47 which is supported by the attached Summary Exhibit A and related Detail Supporting Sheets. Accounting services amount to $1,721.65 for a total due of $5,924.72.

7. The percentage of improper payments of contributions amounted to 100.00% for the period the agreed-upon procedures applied.

We were not engaged to, and did not perform an audit, the objective of which would be the expression of an opinion on the fringe benefit contributions submitted by Aurora Refrigeration, Inc. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of the Southern Alaska Carpenters Trust Funds and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures or their purposes. This report relates only to the contributions remitted and/or due to the Trust Funds and does not extend to any financial statements of Aurora Refrigeration, Inc., taken as a whole.

*Lorketich, Clements & Rice, P.S.*

Seattle, Washington
January 16, 2007

EXHIBIT 8
Page 2 of 8

Exhibit A

Trust Fund: Southern Alaska Carpenters Trust Funds

Employer: Aurora Refigeration, Inc.   2nd Revision

Account: # Not Assigned
For the Elmendorf Substation #12

Summary Of Unpaid Contributions, Liquidated Damages
and Interest Due

September 2005 through December 2005

| Year | Exhibit | Unpaid Contributions | Liquidated Damages | Interest | Total |
|---|---|---|---|---|---|
| | | Elmendorf Substation | | | |
| 2005 | B-1 | $2,928.75 | $562.32 | $389.15 | $3,880.22 |
| 2005 | C-1 | 322.85 | 0.00 | 0.00 | 322.85 |
| | | $3,251.60 | $562.32 | $389.15 | $4,203.07 |

Breakdown by Fund

| | |
|---|---|
| Health & Security | $1,096.95 |
| Pension Fund | 937.20 |
| Defined Contribution | 745.50 |
| Apprentice Fund | 127.80 |
| C.A.F. | 21.30 |
| Union Dues | 322.85 |
| | $3,251.60 |

EXHIBIT 8
3 of 8

Southern Alaska Carpenters Trust Funds
Aurora Refrigeration, Inc. 2nd Revision
ACCT: # Not Assigned

EXHIBIT : B-1

## SUMMARY
## UNREPORTED HOURS & CONTRIBUTIONS
## 2005

| | Unreported Hours Exhibit B-3 | Health & Security | Pension Fund | Defined Contribution | Apprentice Fund | C.A.F. | TOTAL |
|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | |
| FEBRUARY | | | | | | | |
| MARCH | | | | | | | |
| APRIL | | | | | | | |
| MAY | | | | | | | |
| JUNE | | | | | | | |
| JULY | | | | | | | |
| AUGUST | | | | | | | |
| SEPTEMBER | 213.00 | 1,096.95 | 937.20 | 745.50 | 127.80 | 21.30 | 2,928.75 |
| OCTOBER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOVEMBER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DECEMBER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 213.00 | 1,096.95 | 937.20 | 745.50 | 127.80 | 21.30 | $2,928.75 |
| ADD: | | | | | | | |
| LIQUIDATED DAMAGES | | 219.39 | 187.44 | 149.10 | 6.39 | | 562.32 |
| INTEREST-EXHIBIT: B-2 | | | | | | | 389.15 |
| TOTAL DUE | | | | | | | $3,880.22 |

| Rates | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Health & Security | | | | | | | | | 5.15 | 5.15 | 5.15 | 5.15 |
| Pension Fund | | | | | | | | | 4.40 | 4.40 | 4.40 | 4.40 |
| Defined Contribution | | | | | | | | | 3.50 | 3.50 | 3.50 | 3.50 |
| Apprentice Fund | | | | | | | | | 0.60 | 0.60 | 0.60 | 0.60 |
| C.A.F. | | | | | | | | | 0.10 | 0.10 | 0.10 | 0.10 |

EXHIBIT 8
Page 4 of 8

Southern Alaska Carpenters Trust Funds
Aurora Refrigeration, Inc. 2nd Revision
ACCT: # Not Assigned

EXHIBIT: B-2

**INTEREST DUE ON UNPAID CONTRIBUTIONS**
**2005**

| MONTH | CONTRIBUTIONS DUE EXHIBIT B-1 | DELINQUENT NUMBER OF MONTHS | INTEREST |
|---|---|---|---|
| JANUARY | | | |
| FEBRUARY | | | |
| MARCH | | | |
| APRIL | | | |
| MAY | | | |
| JUNE | | | |
| JULY | | | |
| AUGUST | | | |
| SEPTEMBER | 2,779.65 | 14 | 389.15 |
| OCTOBER | 0.00 | 13 | 0.00 |
| NOVEMBER | 0.00 | 12 | 0.00 |
| DECEMBER | 0.00 | 11 | 0.00 |
| TOTAL | $2,779.65 | | $389.15 |

NOTE: INTEREST IS CHARGED AT 12% PER ANNUM FROM THE 20TH OF THE MONTH FOLLOWING THE PERIOD LISTED ABOVE FOR WHICH THE HOURS WERE WORKED UNTIL DECEMBER 20, 2006.

EXHIBIT 8
5 of 8

EXHIBIT: B-3

Northern Alaska Carpenters Trust Funds
Nora Refrigeration, Inc. 2nd Revision
Code 1 = Reportable Hours
Code 2 = Hours Reported
Code 3 = Unreported Hours

ACCT: # Not Assigned

## DETAIL OF REPORTING EXCEPTIONS

Unreported Hours for the Period of SEPTEMBER through DECEMBER 2005

| LAST NAME FIRST SOCIAL SECURITY # | CODE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sen, Larry W. | 1 | | | | | | | | | 112.50 | | | | 112.50 |
| 4-44-8776 | 2 | | | | | | | | | 0.00 | | | | 0.00 |
| | 3 | | | | | | | | | 112.50 | | | | 112.50 |
| ad, Jason T. | 1 | | | | | | | | | 100.50 | | | | 100.50 |
| 7-09-5083 | 2 | | | | | | | | | 0.00 | | | | 0.00 |
| | 3 | | | | | | | | | 100.50 | | | | 100.50 |
| TOTAL REPORTABLE HOURS | 1 | | | | | | | | | 213.00 | 0.00 | 0.00 | 0.00 | 213.00 |
| TOTAL HOURS REPORTED | 2 | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL HOURS UNREPORTED | 3 | | | | | | | | | 213.00 | 0.00 | 0.00 | 0.00 | 213.00 |

Page 1 of 1

EXHIBIT 8
6 of 8

Southern Alaska Carpenters Trust Funds
Aurora Refrigeration, Inc. 2nd Revision
ACCT: # Not Assigned

EXHIBIT : C-1

## SUMMARY
## UNREPORTED GROSS & CONTRIBUTIONS
## 2005

| | Unreported Gross Exhibit C-2 | Union Dues | TOTAL |
|---|---|---|---|
| JANUARY | | | |
| FEBRUARY | | | |
| MARCH | | | |
| APRIL | | | |
| MAY | | | |
| JUNE | | | |
| JULY | | | |
| AUGUST | 8,385.79 | 322.85 | 322.85 |
| SEPTEMBER | 0.00 | 0.00 | 0.00 |
| OCTOBER | 0.00 | 0.00 | 0.00 |
| NOVEMBER | 0.00 | 0.00 | 0.00 |
| DECEMBER | | | |
| TOTAL | 8,385.79 | 322.85 | $322.85 |

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rates | | | | | | | | | | | | |
| Union Dues | | | | | | | | | 3.85% | 3.85% | 3.85% | 3.85% |

Page 7 of 8

EXHIBIT: C-2

Southern Alaska Carpenters Trust Funds
Aurora Refrigeration, Inc. 2nd Revision
Code 1 = Reportable Gross
Code 2 = Gross Reported
Code 3 = Unreported Gross

ACCT: # Not Assigned

## DETAIL OF REPORTING EXCEPTIONS

Unreported Gross for the Period of SEPTEMBER through DECEMBER 2005

| LAST NAME FIRST SOCIAL SECURITY # | CODE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ilsen, Larry W. 34-44-8776 | 1 | | | | | | | | | 4,557.71 | | | | 4,557.71 |
| | 2 | | | | | | | | | 0.00 | | | | 0.00 |
| | 3 | | | | | | | | | 4,557.71 | | | | 4,557.71 |
| ead, Jason T. 07-09-5063 | 1 | | | | | | | | | 3,828.08 | | | | 3,828.08 |
| | 2 | | | | | | | | | 0.00 | | | | 0.00 |
| | 3 | | | | | | | | | 3,828.08 | | | | 3,828.08 |
| TOTAL REPORTABLE GROSS | 1 | | | | | | | | | 8,385.79 | 0.00 | 0.00 | 0.00 | 8,385.79 |
| TOTAL GROSS REPORTED | 2 | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL GROSS UNREPORTED | 3 | | | | | | | | | 8,385.79 | 0.00 | 0.00 | 0.00 | 8,385.79 |

Page 1 of 1

EXHIBIT 8
Page 8 of 8