ROY LONGACRE
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, Alaska 99501-2140
Telephone: (907) 276-6354
Facsimile: (907) 279-4685

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, FOR THE USE AND BENEFIT OF TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION, PENSION AND SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC. AND WASHINGTON INTERNATIONAL INSURANCE COMPANY BOND NO. S9011709,<br><br>Defendants | Case No. 3:06-CV-00084 TMB |

**STIPULATION FOR STAY OF PROCEEDINGS**

COME NOW the parties, by and through their counsel of record, and stipulate to a stay of proceedings including Defendants' response to Plaintiffs' summary judgment motion, to allow for consideration of a settlement offer, until ten business days after notice by either

1  party of a resumption of the litigation.

2  Dated:     February 28, 2007.          LONGACRE LAW OFFICES, LTD.
                                          Attorney for Defendant
3

4                                         By:     s/Roy Longacre
                                                  Roy Longacre
5                                                 Longacre Law Offices, Ltd.
                                                  425 G Street, Suite 910
6                                                 Anchorage, Alaska 99501
                                                  (907) 276-6354
7                                                 (907) 279-4685
                                                  longacre@alaska.com
8                                                 ABA No. 8211124

9  Dated:     February 28, 2007.          JERMAIN, DUNNAGAN & OWENS, P.C.
                                          Attorney for Plaintiffs
10

11                                        By:     s/Sarah E. Josephson
                                                  Sarah E. Josephson
12                                                Jermain, Dunnagan & Owens, P.C.
                                                  3000 A Street, Suite 300
13                                                Anchorage, Alaska 99503
                                                  (907) 563-8844
14                                                (907) 563-7322
                                                  sjosephson@jdolaw.com
15                                                ABA No. 9705017

16  IT IS SO ORDERED:

17
    _____
18  Timothy M. Burgess
    District Court Judge
19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO STAY PROCEEDINGS
TRUSTEES V. AURORA REFRIGERATION ET. AL.
Case No.: 3:06-CV-00084 TMB                                        Page 2 of 2