ROY LONGACRE
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, Alaska 99501-2140
Telephone: (907) 276-6354
Facsimile: (907) 279-4685

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, FOR THE USE AND BENEFIT OF TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION, PENSION AND SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC. AND WASHINGTON INTERNATIONAL INSURANCE COMPANY BOND NO. S9011709,<br><br>            Defendants | Case No. 3:06-CV-00084 TMB |

## STIPULATION FOR STAY OF PROCEEDINGS

COME NOW the parties, by and through their counsel of record, and stipulate to a stay of proceedings including Defendants' response to Plaintiffs' summary judgment motion, to allow for consideration of a settlement offer, until ten business days after notice by either

1  party of a resumption of the litigation.

2  Dated:       February 28, 2007.         LONGACRE LAW OFFICES, LTD.
                                           Attorney for Defendant
3

4                                          By:      s/Roy Longacre  (consent)
                                                    Roy Longacre
5                                                   Longacre Law Offices, Ltd.
                                                    425 G Street, Suite 910
6                                                   Anchorage, Alaska 99501
                                                    (907) 276-6354
7                                                   (907) 279-4685
                                                    longacre@alaska.com
8                                                   ABA No. 8211124

9  Dated:       February 28, 2007.         JERMAIN, DUNNAGAN & OWENS, P.C.
                                           Attorney for Plaintiffs
10

11                                         By:      s/Sarah E. Josephson (consent)
                                                    Sarah E. Josephson
12                                                  Jermain, Dunnagan & Owens, P.C.
                                                    3000 A Street, Suite 300
13                                                  Anchorage, Alaska 99503
                                                    (907) 563-8844
14                                                  (907) 563-7322
                                                    sjosephson@jdolaw.com
15                                                  ABA No. 9705017

16

17

18

19

20

21

22

23

24

25

26