ROY LONGACRE
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, Alaska 99501-2140
Telephone: (907) 276-6354
Facsimile: (907) 279-4685

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, FOR THE USE AND BENEFIT OF TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION, PENSION AND SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>AURORA REFRIGERATION, INC. AND WASHINGTON INTERNATIONAL INSURANCE COMPANY BOND NO. S9011709,<br><br>    Defendants | Case No. 3:06-CV-00084 TMB |

## <u>PROPOSED ORDER APPROVING STIPULATION FOR STAY OF PROCEEDINGS</u>

  Having reviewed the Stipulation For Stay Of Proceedings, and being otherwise fully advised in the premises,

  IT IS SO ORDERED, that the stipulation is granted. Further proceedings in this

1  matter are stayed until ten business days after notice by either party of a resumption of the
2  litigation.
3
4  Dated: _____.    _____
                                Timothy M. Burgess
5                               Judge of the U.S. District Court

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATION TO STAY PROCEEDINGS
TRUSTEES V. AURORA REFRIGERATION ET. AL.
Case No.: 3:06-CV-00084 TMB                                              Page 2 of 2