Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>              Defendants. | **Case No. 3:06-CV-00084 TMB** |

## STATUS REPORT

Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, by and through counsel, Jermain, Dunnagan &

Owens, file this status report to notify the Court that a settlement has not been reached with defendants. Therefore, this matter should resume with litigation.

DATED this 13th day of March, 2007 at Anchorage, Alaska.

<div style="margin-left: 3em;">
JERMAIN, DUNNAGAN & OWENS, P.C.<br>
Attorneys for Plaintiffs

By:    s/Sarah E. Josephson<br>
       Sarah E. Josephson<br>
       Jermain, Dunnagan & Owens<br>
       3000 A Street, Suite 300<br>
       Anchorage, AK  99503<br>
       (907) 563-8844<br>
       (907) 563-7322<br>
       sjosephson@jdolaw.com<br>
       ABA No. 9705017
</div>

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct
copy of the foregoing was served electronically
this 13th day of March, 2007, on:

Roy Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

s/Sarah E. Josephson