ROY LONGACRE
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, Alaska 99501-2140
Telephone: (907) 276-6354
Facsimile: (907) 279-4685

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, FOR THE USE AND BENEFIT OF TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION, PENSION AND SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC. AND WASHINGTON INTERNATIONAL INSURANCE COMPANY BOND NO. S9011709,<br><br>Defendants | Case No. 3:06-CV-00084 TMB |

**STATUS REPORT AND REQUEST FOR EXTENSION ON SUMMARY JUDGMENT RESPONSE**

COME NOW the Defendants, by and through their counsel of record, and advise the court of the status of this matter. The parties are in active settlement negotiations. Plaintiffs are considering a revised settlement offer by Defendants (which was sent earlier by email by

1  not received) and have indicated two weeks from today is an appropriate period for settlement
2  to take place or for it not to occur.
3        Defendants request a continued stay on their deadline to respond to Plaintiff's
4  summary judgment motion until ten days after Plaintiff files a notice settlement has not occurred
5  (if the case does not settle).

6  Dated:    April 16, 2007.      LONGACRE LAW OFFICES, LTD.
       Attorney for Defendants

By:    s/Roy Longacre
    Roy Longacre
    Longacre Law Offices, Ltd.
    425 G Street, Suite 910
    Anchorage, Alaska 99501
    (907) 276-6354
    (907) 279-4685
    longacre@alaska.com
    ABA No. 8211124