1  ROY LONGACRE
   LONGACRE LAW OFFICES, LTD.
2  425 G Street, Suite 910
   Anchorage, Alaska 99501-2140
3  Telephone:  (907) 276-6354
   Facsimile:   (907) 279-4685
4
   Attorneys for Defendants
5

6
                **IN THE UNITED STATES DISTRICT COURT**
7
                        **DISTRICT OF ALASKA**
8
   STATE OF ALASKA, FOR THE USE          )
9  AND BENEFIT OF TRUSTEES OF            )    Case No.  3:06-CV-00084 TMB
   THE SOUTHERN ALASKA                   )
10 CARPENTERS HEALTH AND                 )
   SECURITY, RETIREMENT,                 )
11 DEFINED CONTRIBUTION,                 )
   PENSION AND SOUTHCENTRAL              )
12 AND SOUTHEASTERN ALASKA               )
   CARPENTERS APPRENTICESHIP             )
13 AND TRAINING TRUST FUNDS,             )
                                         )
14                      Plaintiffs,       )
                                         )
15             vs.                        )
                                         )
16 AURORA REFRIGERATION, INC.            )
   AND WASHINGTON                        )
17 INTERNATIONAL INSURANCE               )
   COMPANY BOND NO. S9011709,            )
18                                        )
                        Defendants        )
19

20
   **PROPOSED ORDER APPROVING EXTENSION FOR DEFENDANTS TO**
21 **RESPOND TO PLAINTIFF'S SUMMARY JUDGMENT MOTION**

22

23        Having reviewed the Defendants' request for an extension to respond to Plaintiffs'

24 summary judgment pleadings, and being otherwise fully advised in the premises,

25        IT IS SO ORDERED, that if the case does not settle, the Defendants shall have

26

1  ten days after notification that the case did not settle, to respond to the Plaintiffs' summary

2  judgment pleadings.

3

4  Dated:         _____.        _____
                                             Timothy M. Burgess
                                             Judge of the U.S. District Court
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING EXTENSION ON SUMMARY JUDGMENT RESPONSE
TRUSTEES V. AURORA REFRIGERATION ET. AL.
Case No.:  3:06-CV-00084 TMB                                        Page 2 of 2