Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>　　　　　Defendants. | **Case No. 3:06-CV-00084 TMB** |

## STATUS REPORT

Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds, by and through counsel, Jermain,

Dunnagan & Owens, file this status report to notify the Court that it appears a settlement has been reached with defendants. A Stipulation for Dismissal will be filed with this Court as soon as all settlement paperwork has been finalized.

DATED this 17th day of May, 2007 at Anchorage, Alaska.

        JERMAIN, DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs

By:    s/Sarah E. Josephson
       Sarah E. Josephson
       Jermain, Dunnagan & Owens
       3000 A Street, Suite 300
       Anchorage, AK  99503
       (907) 563-8844
       (907) 563-7322
       sjosephson@jdolaw.com
       ABA No. 9705017

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct
copy of the foregoing was served electronically
this 17th day of May, 2007, on:

Roy Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

s/Sarah E. Josephson