IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | Case No. 3:06-CV-00084 TMB |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds and Defendants Aurora Refrigeration, Inc. and Washington International Insurance Company Bond No. S9011709, by and through their respective counsel of record, and hereby stipulate that all claims in this action against Defendants shall be dismissed.

{00153800 }

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

5/31/07
Date

By: _____
Sarah E. Josephson
Alaska Bar No. 9705017

LONGACRE LAW OFFICES, LLC
Attorneys for Defendants

6/1/07
Date

By: _____
Roy L. Longacre
Alaska Bar No. 8206060

### ORDER

Based on the above, IT IS HEREBY ORDERED that all claims in this action against Defendants are dismissed.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00153800} STIPULATION FOR DISMISSAL
CASE NO. 3:06-CV-00084 TMB

PAGE 2