IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>          Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>          Defendants. | Case No. 3:06-CV-00084 TMB |

## NOTICE OF ATTACHMENT

Plaintiffs, by and through counsel of record, Jermain, Dunnagan & Owens, file the attached Proposed Order granting the parties' Stipulation for Dismissal filed on June 1, 2007 at Docket 32.

                                              By:   s/Sarah E. Josephson
                                                          Sarah E. Josephson
                                                          Jermain, Dunnagan & Owens
                                                          3000 A Street, Suite 300
                                                          Anchorage, AK  99503
                                                          (907) 563-8844
                                                          (907) 563-7322
                                                          sjosephson@jdolaw.com
                                                          ABA No. 9705017

{00154174 }