IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>   Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>   Defendants. | Case No. 3:06-CV-00084 TMB |

## (Proposed) ORDER

Based on the Stipulation for Dismissal filed by the parties on June 1, 2007 at Docket 32,

IT IS HEREBY ORDERED that all claims in this action against Defendants are dismissed.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

                  _____
                  The Honorable Timothy M. Burgess
                  U.S. District Court Judge

{00154160 }