IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>         Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>         Defendants. | Case No.  3:06-CV-084 TMB |

**APPLICATION FOR ENTRY OF**
**JUDGMENT ON CONFESSION**

COME NOW Plaintiffs, by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and request that judgment be entered against Defendant, Aurora Refrigeration, Inc., as set forth in the attached Confession of Judgment Without Action.

This Application is supported by the attached Confession of Judgment Without Action, Settlement Agreement and Agreement Not to Execute, and Affidavit in Support of Application for Entry of Judgment on Confession.

Dated this 1st day of November, 2007.

By:   s/Sarah E. Josephson
     Sarah E. Josephson
     Jermain, Dunnagan & Owens
     3000 A Street, Suite 300
     Anchorage, AK  99503
     (907) 563-8844
     (907) 563-7322
     sjosephson@jdolaw.com
     ABA No. 9705017

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct
copy of the foregoing was served electronically
this 1st day of November, 2007, on:

Roy Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

s/Sarah E. Josephson