IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS, <br><br>           Plaintiffs, <br><br> vs. <br><br> AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709, <br><br>           Defendants. | Case No. 3:06-CV-084 TMB |

**JUDGMENT ON CONFESSION**

Plaintiffs, having executed a Confession of Judgment Without Action, and the Confession of Judgment having been filed with the Court,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendant Aurora Refrigeration, Inc., pursuant to the Confession of Judgment, for unpaid employee benefit contributions from September 2005 through November 2005, in the amount of $7,488.25, plus interest at the rate of twelve (12%) per annum accrued from March 30, 2007 through September 13, 2007 in the amount of $380.74, of which amount Defendant paid $675.00 on or about May 22, 2007, July 19, 2007 and September 13, 2007; plus attorney fees in the amount of $717.00 for a total judgment in the amount of $6,560.99.

Interest shall continue to accrue on this amount at the rate of twelve percent (12%) per annum from September 13, 2007, until paid.

LET EXECUTION ISSUE FORTHWITH.

DATED: _____  _____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct
copy of the foregoing was served electronically
this 1st day of November, 2007, on:

Roy Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

s/Sarah E. Josephson