IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | Case No. 3:06-CV-084 TMB |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF JUDGMENT ON CONFESSION

STATE OF ALASKA        )
                                     ) ss.
THIRD JUDICIAL DISTRICT  )

Sarah E. Josephson, being first duly sworn on oath, deposes and states:

1. I am the attorney for the Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds, am authorized to practice law in the state of Alaska, and have personal knowledge of the facts stated in this affidavit.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

2. Pursuant to the Confession of Judgment executed by defendant Aurora Refrigeration, Inc., defendant Aurora Refrigeration, Inc. has confessed judgment in favor of Plaintiffs for claims relating to delinquent employee benefit contributions, plus interest.

3. The amount stated in the Confession of Judgment represents the principal amount of $7,488.25 due to Plaintiffs, plus interest at the rate of twelve (12%) per annum from March 30, 2007 to May 22, 2007 in the amount of $130.48, plus interest at the rate of twelve (12%) per annum from May 22, 2007 to July 19, 2007 in the amount of $132.41, plus interest at the rate of twelve (12%) per annum from July 19, 2007 to September 13, 2007 in the amount of $117.85, of which amount Defendant paid $675.00 on or about May 22, 2007, July 19, 2007 and September 13, 2007. (See, Exhibit 1 attached).

4. The Settlement Agreement provides for Plaintiffs to file the Confession of Judgment with this Court, and to obtain a Judgment on Confession in the event Aurora Refrigeration, Inc. fails to meet the payment terms set forth in the Settlement Agreement.

5. The Settlement Agreement also provides that Plaintiffs shall be entitled to all costs and actual attorney fees incurred in obtaining and enforcing the judgment. Plaintiff has incurred $717.00 in attorney fees associated with the filing of the application for entry of judgment.

6. Aurora Refrigeration, Inc. has failed to meet the payment terms set forth in the Settlement Agreement by failing to make the scheduled payments. Enforcement is subject to the terms of the Settlement Agreement and Agreement Not to Execute filed herewith.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: November 1, 2007

Sarah E. Josephson

SUBSCRIBED and SWORN TO before me this 1st day of November, 2007.

Notary Public in and for Alaska
My Commission Expires: 3/20/11

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct
copy of the foregoing was served electronically
this 1st day of November, 2007, on:

Roy Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

s/Sarah E. Josephson

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322