**Southern Alaska Carpenters v. Aurora Refrigeration, Inc.**
**Case No. 3:06-CV-00084 TMB**
**JDO File No. 15000.482**

| Date Due | Date Received | Interest (+) | Payments (-) | Balance (=) |
|---|---|---|---|---|
|  | 03/30/07 |  |  | $7,488.25 |
| 06/01/07 | 05/22/07 | $130.48 | $675.00 | $6,943.73 |
| 07/01/07 | 07/19/07 | $132.41 | $675.00 | $6,401.14 |
| 08/01/07 | 09/13/07 | $117.85 | $675.00 | $5,843.99 |
| 09/01/07 |  |  |  |  |
| 10/01/07 |  |  |  |  |
| 11/01/07 |  |  |  |  |
| 12/01/07 |  |  |  |  |
| 01/01/08 |  |  |  |  |
| 02/01/08 |  |  |  |  |
| 03/01/08 |  |  |  |  |
| 04/01/08 |  |  |  |  |
| 05/01/08 |  |  |  |  |
|  | **TOTAL** | **$380.74** | **$2,025.00** | **$5,843.99** |

Exhibit 1
Page 1 of 1