Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | **Case No. 3:06-CV-00084 TMB** |

## CONFESSION OF JUDGMENT WITHOUT ACTION
[Civil Rule 57]

Aurora Refrigeration, Inc., defendant herein, hereby confesses judgment in favor of plaintiffs, The Southern Alaska Carpenters Health & Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and

{00153121}

Training Trust Funds, ("Trust Funds") and hereby authorizes the entry of judgment in favor of the Trust Funds in the following amounts:

1. For the amount of $ 7,488.25 for unpaid employee benefit contributions from September 2005 through November 2005, liquidated damages, interest, attorneys fees and audit fees, less any amounts paid pursuant to the terms of a Settlement Agreement executed concurrently herewith, plus

2. Interest at the rate of twelve percent (12%) per annum accrued subsequent to March 30, 2007 on any balance remaining unpaid for contributions owed for the months of September 2005 through November 2005 pursuant to the terms of a Settlement Agreement executed concurrently herewith.

This Confession of Judgment is subject to the terms of a Settlement Agreement executed concurrently herewith.

Dated at Anchorage, Alaska on this _18_ day of __May__, 2007.

AURORA REFRIGERATION, INC.

By: _[signature]_
Its: __Vice President__

## VERIFICATION OF CONFESSION OF JUDGMENT

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

_Edmund Christensen_, upon oath, deposes and says: I know the contents of the Confession of Judgment Without Action and believe the same to be true and just, and I am executing it on behalf of Aurora Refrigeration, Inc.

By: _[signature]_
Its: __Vice - President__

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

On this _18_ day of __May__, 2007, before me, a Notary Public in and for the State of Alaska, personally appeared _Edward Christensen_, known to me and to me known as the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he signed and sealed the same freely and voluntarily for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

Notary Public in and for Alaska
My Commission expires: _5-15-2010_

### ASSENT TO CONFESSION OF JUDGMENT

On behalf of plaintiffs, _John A. Palmatier_, Trustee, hereby consents to the foregoing Confession of Judgment Without Action executed by Aurora Refrigeration, Inc.

SOUTHERN ALASKA CARPENTERS TRUST FUNDS

By: _____
Its: _Co-chairman_

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on this 29th day of May 2007, personally appeared before me John A. Palmatier to me known to be the person whose name is subscribed to the within instrument, who stated that he is the Co-Chairman for the Southern Alaska Carpenters Trust Funds, and as such is authorized to sign on its behalf, and acknowledged that he executed the same voluntarily and of his own will for the uses and purposes set forth herein.

GIVEN UNDER MY HAND and official seal the day and year last above written.

Keloee Christenson
NOTARY PUBLIC in and for Alaska
My commission expires 7/10/08