IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,

     Plaintiffs,

vs.

AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,

     Defendants.

Case No. 3:06-cv-00084 TMB

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

STATE OF ALASKA     )
             )SS.
THIRD  JUDICIAL DISTRICT  )

I,  Sarah E. Josephson  hereby state under oath:

1.  Judgment for $ 6,560.99 was entered on February 5, 2008 in the docket of the above - entitled court action, in favor of the STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS as Judgment Creditors and against AURORA REFRIGERATION, INC. as Judgment Debtor.

  (IF A REGISTERED JUDGMENT:)
  Said judgment was registered herein under Title 28, U.S. Code, Section 1963, being a judgment which was obtained in

  Civil Case No. _____ in the U.S. District Court

  for the District of _____, and which has become FINAL.

2.  I am the attorney for said Judgment Creditor STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS and request issuance of a Writ of Execution on the judgment.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

3. The Judgment Debtor __was__ represented by Counsel.
   was/was NOT

4. The Judgment entered __was not__ a Default Judgment.
   was/was NOT

5. ACCRUED since the entry of judgment are the following sums:

   $_____ attorney fees inserted on final judgment.

   $_____ accrued costs inserted on final judgment.

   $____373.16_____ accrued interest, computed at ___12___%
   (Judgments registered under 28 U.S.C. 1963 bear the
   rate of interest of the District of origin).

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

   $_____0.00_____ which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

   $____6,934.15_____ ACTUALLY DUE as of March 5, 2008, to the STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS. Of this total, $6,560.99 is the amount of the original judgment as entered still remaining due and bearing interest at 12% in the amount of $2.15 per day from September 13, 2007, forward.

Dated: 3/5/08

By: _____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

SUBSCRIBED AND SWORN to before me this 5th day of March, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 5/20/11

Affidavit and Request for Issuance of Writ of Execution                    Page 2 of 2
Case No. 3:06-cv-00084 TMB