IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>　　　　　　　　　　Defendants. | Case No. 3:06-cv-00084 TMB<br><br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On ____February 5, 2008____ a judgment was entered in the docket of the above-entitled court and action, in favor of

> STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS as Judgment Creditors and against AURORA REFRIGERATION, INC. as Judgment Debtor.

　　$____6,560.99____ principal,

　　$_____ attorney fees,

　　$_____ costs, making a total amount of

　　$____6,560.99____ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

　　$_____373.16_____ accrued interest, and

　　$_____ accrued costs, making a total of

　　$____6,934.15____ JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the the amount of:

$_____ which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

$_____6,934.15_____ ACTUALLY DUE ON March 5, 2008, to the STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS the date of the request for issuance of this writ, of which

$_____6,934.15_____ is due on the judgment as entered, and bears an interest rate at  12 % per annum in the amount of

$_____2.15_____ PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED _____          IDA ROMACK, CLERK

[SEAL]                                 BY: _____
                                              Deputy Clerk