Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,

Plaintiffs,

vs.

AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,

Defendants.

Case No. 3:06-cv-00084 TMB

**CREDITOR'S AFFIDAVIT**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, Sarah E. Josephson, attorney for the plaintiffs in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

1.  This law firm obtained a judgment against Aurora Refrigeration, Inc. in the total amount of $6,560.99.

2.  I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

> The bank account(s) of Aurora Refrigeration, Inc. and Aurora Refrigeration, Inc.'s receivables.

3.  The debtor is not an individual and no exemptions are available to it.

DATED at Anchorage, Alaska, this 5th day of March, 2008.

By: _____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

SUBSCRIBED AND SWORN to before me this 5th day of March, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 3/20/11