# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Trustees of the Southern AK. Carpenters Trusts, et al. | 3:06-CV-00084 TMB |
| DEFENDANT | TYPE OF PROCESS |
| Aurora Refrigeration, Inc. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Northrim Bank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3111 C Street, Anchorage, AK  99503

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED APR 03 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ of execution, notice of levy and response to levy

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 907-563-8844
DATE: 3/7/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 0 | 0 | | 3/4/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Jewel Santiago - IP Specialist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/25/08   Time: 10:50 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | 2- | | 47- | | | |

REMARKS: Received check for $3,307.72

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARP HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION AND SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>   Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. 59011709<br><br>   Defendants, | Case #3:06-CV-084-TMB |

## U.S. MARSHALS RETURN ON WRIT OF EXECUTION

I, Randy Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on Northrim Bank on March 25, 2008, by Deputy United States Marshal Troy Meeks. On April 1, 2008, this office did receive a check from Northrim Bank, check Number 85898 for $3,307.72 made payable to the Clerk of Court.

I hereby return said check to the U.S. District Court **partially satisfying this Writ of Execution**, dated this 1st day of April, 2008 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>                    Plaintiffs,<br>vs.<br><br>AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>                    Defendants. | RECEIVED<br><br>M__ 9 - __<br><br>10:50<br><br><br>Case No. 3:06-cv-00084 TMB<br><br>**NOTICE OF LEVY BY A COURT WRIT** |

To:   Northrim Bank
      3111 C Street
      Anchorage, AK  99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: **Aurora Refrigeration, Inc.** (FEIN: 92-0129653), not exceeding the sum of $6,934.15 are hereby levied upon by the attached Writ of Execution.  Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than the U.S. Marshal.  You must complete the attached Response to Levy and return it to the U.S. Marshal's office within 24 hours pursuant to AS 09.40.060.

Date: 3/25/08

Amount of Writ:   $ 6,934.15
Service Fee:      $
Interest:         $    2.15 per day
Total Due:        $

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____
    Deputy U.S. Marshal

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RESPONSE TO LEVY

To United States Marshal:

You are notified that Northrim Bank (X) does ( ) does not have money, personal property, credits, or debts belonging to Aurora Refrigeration, Inc.,_____ in the amount of $ __3,307.72_____ of which $_____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: __3/25/08__        SIGNATURE: _____

(Type or Print Name) __Vicky Walkonen__

TITLE: __IP Specialist__

---

**Make checks payable to:**
**"CLERK OF COURT'**
Note Case Number on the checks.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Mail "Response to Levy" & check to:**
**U.S. Marshals Service**
**222 W. 7th Ave., #28**
**Anchorage, AK 99513**

---

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322