IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>              Defendants. | **Case No. 3:06-CV-084 TMB** |

### MOTION TO RELEASE FUNDS

Come now Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds, by and through counsel, Jermain, Dunnagan & Owens, P.C., and hereby move this Court for an order releasing $3,307.72 obtained from Northrim Bank, through the U.S. Marshal's Return on the Writ of Execution.

Therefore, Plaintiffs request an Order of the Court releasing this money payable to Jermain, Dunnagan & Owens, in Trust for Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds.

{00193799 }

DATED in Anchorage, Alaska this 4th day of April, 2008.

        JERMAIN, DUNNGAN & OWENS
        Attorneys for Plaintiffs

        By: s/Sarah E. Josephson
          Sarah E. Josephson
          3000 A Street, Suite 300
          Anchorage, AK  99503
          (907) 563-8844
          (907) 563-7322
          sjosephson@jdolaw.com
          Alaska Bar No. 9705017