IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>            Defendants. | **Case No. 3:06-cv-084 TMB** |

## ORDER TO RELEASE FUNDS

Plaintiffs having moved for release of monies obtained on Writ of Execution, and the Court being fully advised in the premises,

IT IS ORDERED that the Clerk of Court disburse the amount of $3,307.72 payable to Jermain, Dunnagan & Owens in Trust for Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds, and send to Jermain, Dunnagan & Owens, 3000 A Street, Suite 300, Anchorage, Alaska, 99503.

May 14, 2008.                          /s/ Timothy M. Burgess
                                       TIMOTHY M. BURGESS
                                       U.S. DISTRICT COURT JUDGE

{00193800 }