IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC., and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>              Defendants. | Case No.  3:06-CV-084 TMB |

## MOTION TO RELEASE FUNDS

Come now Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds, by and through counsel, Jermain, Dunnagan & Owens, P.C., and hereby move this Court for an order releasing $3,052.21 obtained from Northrim Bank, through the U.S. Marshal's Return on the Writ of Execution.

Therefore, Plaintiffs request an Order of the Court releasing this money payable to Jermain, Dunnagan & Owens, in Trust for Plaintiffs, Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds.

{00193799 }

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED in Anchorage, Alaska this 22nd day of July, 2008.

JERMAIN, DUNNGAN & OWENS
Attorneys for Plaintiffs

By:   s/Sarah E. Josephson
Sarah E. Josephson
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
Alaska Bar No. 9705017

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00193799 }MOTION TO RELEASE FUNDS
CASE NO. 3:06-CV-00084 TMB

PAGE 2