


Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA REFRIGERATION, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY Bond No. S9011709,<br><br>Defendants. | Case No. 3:06-cv-00084 TMB |

## SATISFACTION OF JUDGMENT

On February 5, 2008, Plaintiffs obtained a Judgment on Confession against Defendant Aurora Refrigeration, Inc., in the sum of $6,560.99, which sum included employee benefit contributions, interest and attorney fees.

The judgment has been paid to the satisfaction of the Plaintiffs. At the time of payment, Plaintiffs were the owners of the judgment and were entitled to receive payment thereof.

Therefore, in consideration of satisfactory payment of the judgment, interest, costs and attorney fees, the receipt of which is hereby acknowledged, Plaintiffs, as the legal owners and holders of the judgment, acting herein by and through Sarah E. Josephson, of Jermain, Dunnagan & Owens, P.C., its duly authorized attorney of record herein, hereby declares the judgment fully paid and satisfied, and the judgment lien fully released and discharged.

DATED at Anchorage, Alaska, this 10th day of September, 2008.

By: s/Sarah E. Josephson
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

**Certificate of Service**
The undersigned certifies that on the
10th day of September, 2008, a true and
correct copy of the foregoing
was served by U.S. Mail, postage
prepaid on the following:

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

s/Sarah E. Josephson